■ In the Matter of KENNETH RUBIN, Individually and Doing Business as DIAMOND DOLLS, INC., Appellant, v ONONDAGA COUNTY HEALTH DEPARTMENT et al., Respondents. [788 NYS2d 886]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Onondaga County (James W. McCarthy, A.J.), entered November 12, 2003 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present— Pigott, Jr., P.J., Green, Gorski, Martoche and Hayes, JJ.